```
           IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

MICHAEL SANFORD                         :    CIVIL ACTION
                                        :
        v.                              :
                                        :
THEODORE B. SMITH, JR., et al.          :    NO. 13-1493

## ORDER

AND NOW, this 28th day of March, 2013, having considered plaintiff Michael Sanford's motion to proceed *in forma pauperis* (Document No. 1) it is hereby ORDERED that:

1. The motion to proceed *in forma pauperis* is DENIED, pursuant to 28 U.S.C. § 1915(g), for the reasons discussed in the Court's Memorandum. If he seeks to continue with this case, Mr. Sanford must remit the filing fee of $350 to the Clerk of Court within thirty (30) days of the date of this Order.

2. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
GENE E.K. PRATTER, J.